ACCEPTED
04-15-00239-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/23/2015 3:17:12 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00239-CR

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | **IN THE FOURTH DISTRICT** |
| **APPELLANT** | § | |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **VICTORIA VELASQUEZ,** | § | |
| **APPELLEE** | § | **SAN ANTONIO, TEXAS** |

4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/23/15 3:17:12 PM
KEITH E. HOTTLE
Clerk

### FIRST MOTION FOR EXTENSION OF TIME
### TO FILE APPELLEE'S REPLY BRIEF

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:**

COMES NOW, VICTORIA VELASQUEZ, Appellee, and files this motion for an extension of time in which to file her reply brief pursuant to Texas Rule of Appellate Procedure 10.5(b). In support of this motion, Appellee shows the court the following:

### I.

This case originated out of the County Court at Law No. 6. On April 13, 2015 Defendant's Motion to Suppress was granted. On April 17, 2015 the State filed a notice of appeal. The State's Brief was filed on June 25, 2015. Appellee's Reply Brief is currently due on July 27, 2015.

### II.

Undersigned Counsel respectfully requests an extension to file Appellee's Reply Brief. Undersigned Counsel currently represents five Defendants in the

Twin Peeks Waco shooting. Counsel has been continuously traveling to Waco to confer with the prosecution. In addition to him traveling, Undersigned Counsel recently merged his firm with attorney Marc LaHood. Therefore, it has caused him to fall behind on his caseload. This Motion is made not for the purposes of delay, but that justice may be served

WHEREFORE, Appellee prays the court grant this first request and extend the time for filing her reply brief for an additional 30 days.

Respectfully Submitted:

LAHOOD & CALFAS, PLLC
NEIL CALFAS
SBN: 50511505
1924 North Main Avenue
San Antonio, Texas 78212
Tel: (210) 212-6969
Fax: (210) 212-7766

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing First Motion for Extension of Time to File Appellee's Reply Brief has been delivered *via* e-service to Nathan E. Morey, Assistant Bexar County District Attorney, at nathan.morey@bexar.org, 101 West Nueva Street, Suite 270, San Antonio, Texas 78205 on this the 23rd day of JULY, 2015.

_____

NEIL CALFAS

## NO. 04-15-00239-CR

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | **IN THE FOURTH DISTRICT** |
| **APPELLANT** | § | |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **VICTORIA VELASQUEZ,** | § | |
| **APPELLEE** | § | **SAN ANTONIO, TEXAS** |

### ORDER ON APPELEE'S FIRST
### MOTION FOR EXTENSION OF TIME TO FILE REPLYBRIEF

On this the _____ day of JULY 2015, came to be heard Appellant's First

Motion for Extension of Time to File her reply brief, and it appears to the court

that this motion should be:


**GRANTED**          **DENIED**


IT IS THEREFORE ORDERED that the time for filing the Petition for

Discretionary Review in this cause be extended to _____, 2015.


_____
JUDGE PRESIDING

SIGNED THIS THE _____ DAY OF JULY 2015.